IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NAYMOND MONTGOMERY, JR. § | | |
| Plaintiff § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 2:16-CV-26 | |
| § | JURY | |
| § | | |
| GREGORY LOGISTICS, INC. § | | |
| and JOHN M. GREER, § | | |
| Defendants. § | | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

NOW COME Plaintiff Naymond Montgomery, Jr. and Defendants Gregory Logistics, Inc. and John M. Greer, by and through their attorneys of record, and respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement. All matters in controversy between the parties have been settled in principle. The parties request that the Court stay all unreached deadlines contained in the Court's Second Amended Docket Control Order (Doc. 35) for thirty (30) days so that the parties may submit appropriate dismissal papers.

PRAYER

WHEREFORE, Plaintiff and Defendants pray that the Court stay all deadlines for thirty (30) days as described above and for such other and further relief as to which they may show themselves to be justly entitled.

Respectfully submitted,

GOUDARZI & YOUNG, L.L.P.
P.O. Drawer 910
Gilmer, Texas 75644
Telephone: (903) 843-2544
Facsimile: (903) 843-2026
goudarziyoung@goudarzi-young.com


By: /s/ Brent Goudarzi
    Brent Goudarzi
    Texas Bar No. 00798218
    Marty Young
    Texas Bar No. 24010502

ATTORNEYS FOR PLAINTIFF


And

STACY & CONDER, LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
Telephone: (214) 748-5000
Facsimile: (214) 748-1421

By: _____
    Roy L. Stacy
    State Bar No. 18988900

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Stay All Deadlines and Notice of Settlement was forwarded to the following counsel of record by the method indicated below this 3 day of November, 2016:

Roy L. Stacy
Stacy & Conder, LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
*Electronic Transmission*

/s/ Brent Goudarzi
Brent Goudarzi